UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASHMAT FAIZI,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                    Respondents. | Case No.: 25-cv-02974-JO-MSB<br><br>**ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS** |

For the reasons stated on the record, the Court GRANTS IN PART AND DENIES IN PART the petition for writ of habeas corpus. [Dkt. 1]. The Court GRANTS the petition as to the due process claim and request for a bond hearing before an immigration judge. The Court DENIES the petition as to the request for immediate release. The Court ORDERS as follows:

- Respondents, within seven (7) days of this order, shall provide Petitioner with an individualized bond hearing before a neutral immigration judge where the Government bears the burden of establishing that Petitioner is a danger to the community or a flight risk that cannot reasonably be addressed by bond or

conditional release. *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011). Respondents SHALL NOT deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention.  If continued detention is not warranted, the immigration judge must consider Petitioner's financial circumstances and alternatives to bond in setting conditions of release.  *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

- Respondents shall file a declaration attesting to the occurrence of the bond hearing by the close of the next business day after the bond hearing.  If no hearing occurs within seven (7) days of this order, Petitioner shall be released from Respondents' custody by noon on the eighth (8) day following this order.
- If Petitioner is released because no bond hearing occurred, Respondents shall not re-detain Petitioner without prior leave of this Court, in aid of this Court's continuing jurisdiction.  All Writs Act, 28 U.S.C. § 1651.

The Court takes under submission the question of whether further relief is warranted.

**IT IS SO ORDERED**.

Dated:  November 13, 2025

Honorable Jinsook Ohta
United States District Judge